UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Walter Han Laak,

   Petitioner

v.

J. Bean,

   Respondents

Case No. 2:25-cv-00437-CDS-BNW

Order Directing Petitioner to Submit Application to Proceed *In Forma Pauperis* or Pay Filing Fee

  Walter Han Laak submitted a pro se petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. ECF No. 1-1. He has not, however, paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate.[1] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

  It is therefore ordered that **by May 21, 2025**, Laak must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

  It is further ordered that failure to do so will result in the dismissal of this action without prejudice and without further prior notice.

  The Clerk of Court is directed to retain the petition but not file it at this time.

Dated: April 21, 2025

               _____
               Cristina D. Silva
               United States District Judge

---

[1] Laak did include a note in his filing stating that he intended to pay the filing fee. ECF No. 1-2.