# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Walter Han Laak, | Case No.: 2:25-cv-00437-CDS-NJK |
| Petitioner | **Order Granting Extension of Time to File Second Amended Petition to December 19, 2025** |
| v. | |
| Bean, et al., | |
| Respondents | [ECF No. 17] |

The Federal Public Defender, counsel for 28 U.S.C. § 2254 habeas corpus petitioner Walter Han Laak, has filed a motion for extension of time to file a second-amended petition. ECF No. 17. Good cause appearing,

It is ordered that petitioner's unopposed motion for extension of time to file a second amended petition **[ECF No. 17] is GRANTED** nunc pro tunc to October 20, 2025. The deadline is hereby extended to December 19, 2025.

Dated: October 24, 2025

_____
Cristina D. Silva
United States District Judge