UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Walter Han Laak,

    Petitioner

v.

J. Bean,

    Respondent

Case No. 2:25-cv-00437-CDS-NJK

**Order Granting Motion for Extension of Time**

[ECF No. 19]

    Petitioner Walter Laak has filed an unopposed motion for a 46-day extension of time to file his Second Amended Petition. ECF No. 19. This is Laak's second request for an extension of this deadline. I find good cause exists to grant the motion.

    It is therefore ordered that the motion for extension of time **[ECF No. 19] is granted**. Laak has up to and including February 2, 2026, to file his Second Amended Petition.

Dated: December 29, 2025

_____
Cristina D. Silva
United States District Judge