UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Walter Han Laak,

                Petitioner

v.

Jeremy Bean,

                Respondent

Case No. 2:25-cv-00437-CDS-NJK

**Order Granting Motion for Extension of Time**

[ECF No. 21]

      Petitioner Walter Laak has filed an unopposed motion for a 45-day extension of time to file his second amended petition. ECF No. 21. This is Laak's third request for an extension of this deadline. I find good cause exists to grant the motion.

      It is therefore ordered that the motion for extension of time **[ECF No. 21] is granted**. Laak has up to and including March 19, 2026, to file his second amended petition.

      Dated:  February 3, 2026

Cristina D. Silva
United States District Judge