UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Walter Han Laak,

          Petitioner

v.

J. Bean,

          Respondent

Case No. 2:25-cv-00437-CDS-NJK

**Order Granting Motion for
Extension of Time**

[ECF No. 23]

       Petitioner Walter Laak has filed an unopposed motion for a 60-day extension of time to file his second amended petition. ECF No. 23. This is Laak's fourth request for an extension of this deadline. I find good cause exists to grant the motion.

       It is therefore ordered that the motion for extension of time **[ECF No. 23] is granted**. Laak has up to and including May 18, 2026, to file his second amended petition.

       Dated:  March 24, 2026

_____
Cristina D. Silva
United States District Judge