UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Walter Han Laak,

Petitioner

v.

J. Bean,

Respondent

Case No. 2:25-cv-00437-CDS-NJK

**Order Granting Motion for Extension of Time**

[ECF No. 27]

Respondent has filed an unopposed motion for a 42-day extension of time to file his response to petitioner Walter Laak's second amended petition. ECF No. 27. This is the respondent's first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 27] is granted**. Respondent has up to and including August 28, 2026, to file his response.

Dated: July 16, 2026

Cristina D. Silva
United States District Judge