UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Walter Han Laak,<br>Petitioner<br>v.<br>J. Bean,<br>Respondent | Case No. 2:25-cv-00437-CDS-NJK<br>**Order Granting Motions to Waive Compliance with Local Rules, to Seal Exhibits, and to Extend Time**<br>[ECF Nos. 30, 34, 37] |

This matter is before this court on the respondent's motion to waive compliance with local rule for special proceedings and appeals ("LSR") 3-3(c). ECF No. 30. In this motion, the respondent seek leave to file the entire state court record, including previously submitted exhibits, to provide a more cohesive and manageable single index that the parties and this court can rely upon. *Id*. LSR 3-3(c) provides that "the petitioner need not re-file his/her exhibits, but may refer to exhibits filed previously in the case" because "[t]he court disfavors the filing of duplicate exhibits." I find that good cause exists to grant Respondent's motion, as a comprehensive and chronological Index of Exhibits will benefit the court.

Also before the Court is the respondent's motion to seal 3 exhibits: the petitioner's presentence investigation report, statements, and sentencing memorandum. ECF No. 34. Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect the petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

Finally, the respondent has filed an unopposed motion for a 10-day extension of time to file his response to the petitioner's second amended petition. ECF No. 37. This is the respondent's second request for an extension of this deadline. I find that good cause exists to grant the motion.

It is therefore ordered that the motion to waive compliance with LSR 3-3(c) **[ECF No. 30] is granted**. Respondent is permitted to file a comprehensive Index of Exhibits.

It is further ordered that the motion to seal **[ECF No. 34] is granted**. Exhibits 75, 76, and 77 [ECF Nos. 35-1, 35-2, and 35-3] are considered properly filed under seal.

It is further ordered that the motion for extension of time **[ECF No. 37] is granted**. The respondent has up to and including September 8, 2026, to file his response.

Dated: August 31, 2026

Cristina D. Silva
United States District Judge