UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Walter Han Laak,<br>Petitioner<br>v.<br>J. Bean,<br>Respondent | Case No. 2:25-cv-00437-CDS-NJK<br>**Order Granting Motion for Extension of Time**<br>[ECF No. 41] |

Petitioner Walter Laak has filed an unopposed motion for a 60-day extension of time to file his opposition to the motion to dismiss. ECF No. 41. This is Laak's first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 41] is granted**. Laak has up to and including December 7, 2026, to file his opposition.

Dated: October 13, 2026

Cristina D. Silva
United States District Judge